# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Andrew Phillip Arnone        BK NO. 19-05147 RNO

       Debtor(s)        Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

        Respectfully submitted,

**/s/ James C. Warmbrodt, Esquire**
James C. Warmbrodt, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322