```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 19-05147-RNO
Andrew Phillip Arnone                                           Chapter 13
        Debtor                  **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: Feb 12, 2020
                            Form ID: ntcnfhrg      Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2020.
```
db              +Andrew Phillip Arnone,    325 Delaware Ave,    West Pittston, PA 18643-2103
5277775          Geisinger,    100 North Academy Ave,    Danville PA 17822-3941
5277776         +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5277777         +MIdland Funding LLC,    320 East Big Beaver Rd, #300,    Troy, MI 48083-1271
5292483         +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5277778          PNC Bank, NA,    PO Box 8807,    Dayton, OH 45401-8807
5277779         +Regency Consumer Discount,    PO Box 1150,    Hermitage PA 16148-0150
5277780         +Regency Consumer Discount,    146 Wilkes-Barre Township Blvd.,    Wilkes-Barre PA 18702-6704
5277782         +Regency Finance,    737 Scranton Carbondale Highway,    Dickson City PA 18508-1121
5277781         +Regency Finance,    146 Wilkes Barre Blvd,    Wilkes Barre PA 18702-5030
5277783         +Santander Consumer USA,    PO Box 961211,    Fort Worth, TX 76161-0211
5288141         +Santander Consumer USA, Inc.,    P.O. Box 560284,    Dallas, TX 75356-0284
5280525          U.S. Department of Housing and Urban Development,    The Wanamaker Building, 11th Floor,
                  100 Penn Square East,    Philadelphia, PA 19107-3380
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5277774         +E-mail/PDF: creditonebknotifications@resurgent.com Feb 12 2020 19:37:36      Credit One Bank,
                  PO Box 98872,    Las Vegas NV 89193-8872
                                                                                              TOTAL: 1
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 12, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt     on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              John  Fisher     on behalf of Debtor 1 Andrew Phillip Arnone johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

| In re: | | |
| --- | --- | --- |
| Andrew Phillip Arnone, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19–bk–05147–RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **March 25, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom #2, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: April 1, 2020 <br> Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CourtneyWojtowicz, Deputy Clerk |
| --- | --- |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: February 12, 2020 |

ntcnfhrg (03/18)