```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                       Case No. 19-05147-RNO
Andrew Phillip Arnone                                                        Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0314-5           User: AutoDocke               Page 1 of 1                  Date Rcvd: Jun 11, 2020
                               Form ID: ordsmiss             Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2020.
```
db              +Andrew Phillip Arnone,    325 Delaware Ave,    West Pittston, PA 18643-2103
5277775          Geisinger,    100 North Academy Ave,    Danville PA 17822-3941
5277776         +KML Law Group,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
5277777         +MIdland Funding LLC,    320 East Big Beaver Rd, #300,    Troy, MI 48083-1271
5292483         +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5277778          PNC Bank, NA,    PO Box 8807,    Dayton, OH 45401-8807
5277780         +Regency Consumer Discount,    146 Wilkes-Barre Township Blvd.,    Wilkes-Barre PA 18702-6704
5277779         +Regency Consumer Discount,    PO Box 1150,    Hermitage PA 16148-0150
5277782         +Regency Finance,    737 Scranton Carbondale Highway,    Dickson City PA 18508-1121
5277781         +Regency Finance,    146 Wilkes Barre Blvd,    Wilkes Barre PA 18702-5030
5277783         +Santander Consumer USA,    PO Box 961211,    Fort Worth, TX 76161-0211
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5277774         +E-mail/PDF: creditonebknotifications@resurgent.com Jun 11 2020 19:42:43      Credit One Bank,
                 PO Box 98872,    Las Vegas NV 89193-8872
5303826         +EDI: DRIV.COM Jun 11 2020 23:33:00      Santander Consumer USA Inc.,    P.O. Box 961245,
                 Fort Worth, TX 76161-0244
5288141         +EDI: DRIV.COM Jun 11 2020 23:33:00      Santander Consumer USA, Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
5280525          E-mail/PDF: OGCRegionIIIBankruptcy@hud.gov Jun 11 2020 19:42:42
                 U.S. Department of Housing and Urban Development,    The Wanamaker Building, 11th Floor,
                 100 Penn Square East,    Philadelphia, PA 19107-3380
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2020                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              John   Fisher    on behalf of Debtor 1 Andrew Phillip Arnone johnvfisher@yahoo.com,
               fisherlawoffice@yahoo.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Craig    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
                                                                                            TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Andrew Phillip Arnone, | Chapter 13 |
| **Debtor 1** | Case No. 5:19–bk–05147–RNO |

### Order

   **IT IS ORDERED** that the case is hereby dismissed as to Debtor 1 for failure to comply with Order dated March 20, 2020.

   **Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

Dated: June 11, 2020

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

ordsmiss (05/18)